## Standard Grocery Co. *v.* McLester Van Hoose Co. *et al.*

Appeal from the City Court of Birmingham.
Tried before the Hon. W. W. Wilkerson.

Bowman, Harsh & Beddow, for appellant.

CABANISS & WEAKLEY, for appellees.

The appeal is dismissed in accordance with agreement of parties.

Opinion by DOWDELL, J.